JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON EARL JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. A. HOREL, Warden,<br><br>　　　　Respondent. | NO. CV 08-3256 SVW (FMO)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 2, 2008.

　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE